DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JIMMY JERMAINE BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1318

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Jalal A. Harb, Judge.

Jimmy Jermaine Brown, pro se.

PER CURIAM.

Affirmed. *See Ratliff v. State*, 914 So. 2d 938 (Fla. 2005);

*Holmes v. State*, 245 So. 3d 857 (Fla. 3d DCA 2018); *Enriquez v.*

*State*, 885 So. 2d 892 (Fla. 3d DCA 2004).


CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.